No. 80–1841. Agsalud, Director of Labor and Industrial Relations of Hawaii, et al. v. Standard Oil Company of California. Affirmed on appeal from C. A. 9th Cir.

No. 80–1795. In re 18.86 Acres of Real Property. Appeal from Super. Ct. N. J., App. Div., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Justice O'Connor took no part in the consideration or decision of this case.

No. 80–1867. Williams v. Ohio. Appeal from Ct. App. Ohio, Paulding County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Justice O'Connor took no part in the consideration or decision of this case.

No. 80–2181. Vickroy v. United States Department of the Navy, Long Beach Naval Shipyard. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Justice O'Connor took no part in the consideration or decision of this case.